## John Jaegle, Appellee, v. Estate of Emil Jaegle, Appellant.

### Gen. No. 6,382.   (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDREDGE, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed February 10, 1917.

### Statement of the Case.

Claim filed in the Probate Court of La Salle county by John Jaegle, claimant, against the estate of Emil Jaegle, defendant, to recover $1,500 for labor and services performed for the deceased in his lifetime, and $1,539 for rent of thirty-eight acres of land from March 1, 1906 to March 1, 1915, at $4.50 per acre, as per lease. From a judgment by the Circuit Court, on appeal, for the claimant for $1,500, the administratrix for said estate appeals.

ROBERT E. LARKIN and H. M. KELLY, for appellant.

W. A. PANNECK, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1.  EXECUTORS AND ADMINISTRATORS, § 270*—*when evidence insufficient to sustain claim.* Evidence *held* insufficient to show any basis from which the jury could decide what wages ought to be allowed the claimant on account of work done for the intestate, in a claim in the Probate Court against an estate to recover for such work.

2.  LANDLORD AND TENANT, § 325*—*when evidence sufficient to show agreement for occupancy of premises free of rent.* Evidence

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*held* to show that the claimant and the intestate agreed that on expiration of the intestate's lease of the claimant's land the claimant should live with the intestate on said land and that the intestate should have the use thereof, in a claim in the Probate Court to recover for rent.